## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AAMCO TRANSMISSIONS, INC. | : | |
| | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| v. | : | No. 2:13-cv-05191-CMR |
| CHRISTOPHER M. PEDONE | : | |
| | : | |
| and | : | FILED |
| | : | |
| HOWARD S. BEYER | : | JAN 2 ... |
| | : | |
| | : | |
| Defendants. | : | |

### ORDER EXTENDING TIME FOR SERVICE OF PROCESS

Having considered the Plaintiff's Motion To Extend Time for Service of Process, the

Court had determines that the motion should be GRANTED.  It is hereby ORDERED:

1.      The time to serve the defendant Christopher M. Pedone is hereby extended *nunc*

*pro tunc* to and including January 7, 2014,and the service effected on that date is deemed to be

timely.

2.      The time to serve the defendant Howard S. Beyer is hereby extended for forty five

(45) days from the date of this Order.

So ordered, this ___ day of January 2014 at Philadelphia, PA.

United States District Judge