United States District Court

for the

Eastern District of Pennsylvania

| | | |
|---|---|---|
| AAMCO TRANSMISSIONS, INC., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 13 – 5191 |
| | ) | |
| CHRISTOPHER M. PEDONE and | ) | |
| HOWARD S. BEYER, | ) | |
| | ) | |
| Defendants | ) | |

## ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT

THIS COURT, having considered the request submitted by counsel for Defendant, Christopher M. Pedone, and the stipulation of counsel,

IT IS ON THIS 28th day of Jan., 2014 ORDERED that Defendant, Christopher M. Pedone, shall be granted an extension of 30 days from this date to file a response to the Complaint filed in this action.

_____
Cynthia M. Rufe, J.

# Giannascoli & Kent, PC

**ATTORNEYS AT LAW**

93 W. Devon Drive, Suite 102, Exton, PA 19341 • 722 Springdale Drive, Suite 300, Exton, PA 19341
Tel: 610.363.9333   Fax: 610.363.9332

Anthony D. Giannascoli, Esquire *+
Thomas J. Kent, Jr., Esquire
William J. Thomas, Esquire *
Phyllis T. Bookspan, Esquire ✦
Sarah K. Ivy, Esquire
Laurie B. Wyche-Abele, Esquire
Jeffrey H. Smith, Esquire ▲
Amanda A. Doran, Esquire *

John W. Goldschmidt, Jr., Esquire ✦

* Licensed in NJ, as well as PA
✦ Licensed in D.C., as well as PA
▲ Licensed in WA, as well as PA
+ LLM – Taxation
✦ Of Counsel

NEW JERSEY OFFICE
DiFonzo Building
49 Delaware Street
Woodbury, NJ 08096

January 27, 2014

*Via e-mail only*
Clerk of the United States District Court
2609 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

    Re:    AAMCO Transmissions, Inc. v. Christopher M. Pedone, et al.
            Docket No. 2:13-cv-05191-CMR

Dear Clerk of the Court:

    Counsel for Defendant, Christopher M. Pedone, respectfully requests an extension of thirty days to file a response to the Complaint filed in this action. In support of this request, I enclose a stipulation signed by counsel for Plaintiff, AAMCO Transmissions, Inc., and by counsel for Defendant, Christopher M. Pedone, agreeing to this thirty day extension.

    This request is prompted, in part, by an order entered by the Court on January 24, 2014 that rendered moot a motion that Defendant had anticipated filing as Defendant's response to the complaint.

    I also enclose a proposed order.

    Thank you for your kind consideration of this request.

Respectfully,

**William J. Thomas, Esquire**

WJT/jkr
Enclosed

cc. William B. Jameson, Esquire (via e-mail only)

United States District Court

for the

Eastern District of Pennsylvania

| | |
|---|---|
| AAMCO TRANSMISSIONS, INC., )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>CHRISTOPHER M. PEDONE and )<br>HOWARD S. BEYER, )<br>)<br>Defendants ) | Civil Action No. 13 – 5191 |

### STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT

IT IS ON THIS 27th day of January, 2014 STIPULATED between counsel for Plaintiff, AAMCO Transmissions, Inc., and counsel for Defendant, Christopher M. Pedone, that the time for Defendant to file a response to the Complaint in this matter be extended by 30 days or by such shorter time as the Court shall direct.

Plaintiff, AAMCO Transmissions, Inc.

Date: January 27, 2014     By: _____
William B. Jameson, Esquire
Cottman Transmission Systems, LLC
201 Gibralter Rd., Suite 150
Horsham, PA 19044
215 643-5885
wjameson@cottman.com

Defendant, Christopher M. Pedone

Date: January 27, 2014     By: _____ WILLIAM J. THOMAS
                          For Thomas J. Kent, Jr., Esquire
Giannascoli & Kent, P.C.
93 W. Devon Drive, Suite 102
Exton, PA 19341
tkent@gklawpc.com
610 363-9333