# RETURN OF SERVICE

**United States Eastern District Court** **State of Pennsylvania**

**Style of the Case:** AAMCO Transimissions, Inc., Plaintiff vs Christopher M. Pedone, Howard S. Beyer, Defendant

**Client / Law Firm:** Plave Koch PLC **Case Number:** 13-5191

**Internal Ref. #:** 2014000226 **Court Date:** 02-21-2014

Legal documents received by ALL BROWARD PROCESS CORP DBA ALL DADE PROCESS on February 05th, 2014 at 11:45 AM to be served upon **Howard S. Beyer at 8800 Gatehouse Road #3, Plantation, FL. 33324**

I, Roy J. Bates, swear and affirm that on 2.08.14 at 7:02pm, I effectuated service of process by delivering a conformed copy of this **Summons in a Civil Action, Complaint, Exhibits** in the following manner according to state statutes:

✓ **Individual Service** ____ **Substitute Service** ____ **Posted Service**

____ **Corporate Service** ____ **Other Type of Service** ____ **Non-Service**

✓ **Name of Person Served:** Howard Beyer as ____________.

✓ **Vitals:** (M) / F Age 63 Race wht Hair wht Hgt 6'1" Wgt 175 Glasses Y / (N)

____ **Military Status:** Y / (N) **Branch of Military:** ____________

____ **Marital Status:** (Single) Married Divorced

____ **Service Attempts: 1)** ______ at ______; **2)** ______ at ______; **3)** ______ at ______

**Supplemental Data Appropriate to this Service:** ____________

I am appointed in good standing in the Judicial Circuit wherein this process was served and have no interest in the above action. Under penalty of perjury I declare that I have read the foregoing Verified Return of Service and that the facts stated in it are true. Notary not required pursuant to F.S. 92.525(2).

[signature]
**Jim Bates a/k/a Roy Bates**
Process Server, # 1383

**ALL BROWARD PROCESS CORP DBA ALL DADE PROCESS**
**701 N Fig Tree Lane**
**Plantation, FL 33317**

**(954) 214-5194**

The foregoing instrument was acknowledged before me on this 17 day of February, 2014, by Jim Bates a/k/a Roy Bates, who is personally known to me or who has produced ____________ as identification.

Teresa S. Terry
Notary Printed Name

[signature]
Notary Signature

02/21/2016
Commission Expiration Date

NOTARY PUBLIC STATE OF FLORIDA
TERESA S. TERRY
MY COMMISSION # EE 168405
EXPIRES: February 21, 2016
Bonded Thru Budget Notary Services

Copyright © 2005-2009 Process Server Central, LLC. All rights reserved.