IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OT PENNSYLVANIA

| | | |
|---|---|---|
| **AAMCO Transmissions Inc.,** | ) | |
| Plaintiff, | ) | CASE NO.: **13-5191** |
| | ) | |
| vs. | ) | |
| **Christopher M. Pedone,** | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

## SUGGESTION OF BANKRUPTCY

COMES NOW the Defendant, Christopher M. Pedone, through his undersigned attorney, and would show the Court:

1.  He has filed a petition for relief under Title 11, United States Code, in the United States Bankruptcy Court for the Middle District of Florida, which bears the case number 6:14-bk-03259.

2.  Relief was ordered on March 21, 2014.

3.  This action is founded on a claim from which a discharge would be a release or that seeks to impose a charge on the property of the estate.

4.  This is for informational purposes only, and does not constitute a notice of appearance by the undersigned.

WHEREFORE, the defendant suggests that this action has been stayed by the operation of 11 U.S.C. § 362.

/s/ J. Christopher Crowder
**J. Christopher Crowder 50562**
Attorney for Defendant
**Faro & Crowder, P.A.**
**1801 North Sarno Road**
**Suite 1**
**Melbourne, FL 32935**

IT IS HERBY CERTIFIED that a copy of the foregoing Suggestion of Bankruptcy was delivered by mail to counsel for AAMCO Transmissions Inc. at 201 Gibraltar Road, Horsham, PA 19044 this 1st day of April, 2014.

/s/ J. Christopher Crowder
**J. Christopher Crowder 50562**
Attorney for Defendant
**Faro & Crowder, P.A.**
**1801 North Sarno Road**
**Suite 1**
**Melbourne, FL 32935**
**Phone: (321) 784-8158**
**Fax: (321) 784-8159**